<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-7954**

───────────

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

KARL EARL BEAMON,

          Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Jerome B. Friedman, District Judge.  (4:99-cr-00004-JBF-1)

───────────

Submitted:  January 7, 2009      Decided:  February 4, 2009

───────────

Before TRAXLER, KING, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Karl Earl Beamon, Appellant Pro Se.   James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Earl Beamon appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Beamon</u>, No. 4:99-cr-00004-JBF-1 (E.D. Va. Aug. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>